CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Blvd., Suite B-1
Carmichael, CA 95608
Telephone:  (916) 487-5441
Facsimile:  (916) 487-5440

ATTORNEYS FOR DEFENDANTS
Tahoe Sands Resort; Tahoe Sands
Time Share Owners Association;
North Shore Resort Realty Inc.

ROBERT EISELMAN SBN 128263
P.O. Box 254871
Sacramento, CA 95865-4871

ATTORNEY FOR PLAINTIFF
Patricia Hunter

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA HUNTER,<br><br>          Plaintiff,<br><br>     vs.<br><br>TAHOE SANDS RESORT; TAHOE SANDS TIME SHARE OWNERS ASSOCIATION, a California Corporation; NORTH SHORE RESORT REALTY, INC., and DOES 1-3,000, Inclusive,<br><br>          Defendants. | Case No.: 2:10-cv-02267-WBS-KJN<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE SCHEDULING CONFERENCE TO MARCH 21, 2011** |

1    Plaintiff PATRICIA HUNTER (hereinafter "Plaintiff") and Defendants TAHOE SANDS
2  RESORT; TAHOE SANDS TIME SHARE OWNERS ASSOCIATION, a California
3  Corporation; NORTH SHORE RESORT REALTY, INC., (hereinafter "Defendants") by and
4  through their respective attorney's of record stipulate the following:
5    1. The Scheduling Conference in this case is currently set for March 7, 2011 at 2:00
6       p.m., in Courtroom 5;
7    2. Plaintiff and Defendants stipulate to continue the Scheduling Conference to March
8       21, 2011, at 2:00 p.m., Courtroom 5;
9    3.  It is further stipulated that the Joint Status Report will then be due by March 7, 2011.
10 IT IS SO STIPULATED effective as of February 25, 2011.

Dated: February 28, 2011              CORFEE STONE & ASSOCIATES


                                      By:     /s/ Catherine M. Corfee
                                               CATHERINE M. CORFEE
                                               Attorney for Defendant
                                               Tahoe Sands Resort; Tahoe Sands
                                               Time Share Owners Association;
                                               North Shore Resort Realty Inc.


Dated: February 28, 2011              By:     /s/ Robert Eiselman
                                               Robert Eiselman
                                               Attorney for Plaintiff
                                               PATRICIA HUNTER


IT IS SO ORDERED.

    Dated: March 2, 2011

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE